**Willie GIBBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74456.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 18, 1999.

D. Warren Hoff, Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Movant appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.[1] We have reviewed the briefs of the parties and the record on appeal, and we find that the motion court's judgment is based upon findings of fact and conclusions of law that are not clearly

1. Following Defendant's previous direct appeal of his underlying criminal convictions, this Court affirmed those convictions. See

*State v. Gibbs,* 948 S.W.2d 260 (Mo.App. E.D. 1997).